UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYLINDA PHILLIPS ) | |
| ) | |
| v. ) | Civil Action No. 3:07-0968 |
| ) | Magistrate Judge Knowles |
| ALLERGAN, INC. ) | |

### O R D E R

Upon request of Plaintiff's counsel, the Initial Case Management Conference in this action previously scheduled for Thursday, April 24, 2008, at 10:00 a.m. will be held on Wednesday, **April 23, 2008**, at 10:00 a.m.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge