IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYLINDA V. PHILLIPS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:07-0968 |
| | ) JUDGE KNOWLES |
| ALLERGAN, INC., and | ) |
| AUDREY K. KRANTZ, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the "Motion to Dismiss" filed by Defendant Audrey K. Krantz (Docket No. 36) is GRANTED, the Court concluding that it lacks subject matter jurisdiction of this action, and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge